Priority
Send      ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - <u>GENERAL</u>

Case No. CR 88-563-DT                      Date: January 12, 2006

================================================================
HONORABLE DICKRAN TEVRIZIAN, U.S. DISTRICT JUDGE

<u>Valencia R. Vallery</u>                    <u>None Present</u>
Courtroom Deputy                           Court Recorder

INTERPRETER:
================================================================
U.S.A.   v. William Ross, (CUSTODY), NOT PRESENT


<u>GOVERNMENT COUNSEL</u>                     <u>DEFENSE COUNSEL</u>
NONE PRESENT                               NONE PRESENT


PROCEEDINGS:    (IN CHAMBERS) ORDER STRIKING FILED DOCUMENT FROM
                              THE RECORD


Government's ex parte application for extension of time to
file opposition to defendant's motion under 28:2241 filed on
May 9, 2005 is hereby stricken from the record. This document
was improperly filed in the above entitled action.

Further, this Court has ruled on said document (properly
filed) in defendant's pending case CV 05-1366-DT.


ENTER ON ICMS
JAN 1 3 2006


MINUTES FORM
CRIMINAL GENERAL                Initials of Deputy Clerk